PROB 12A
(Rev. 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Justin Griffiths</u>　　　　　　　　　　　　　Case Number: <u>3:09-00092-14</u>

Name of Sentencing Judicial Officer: <u>Honorable William J. Haynes Jr., Chief U.S. District Judge</u>

Date of Original Sentence: <u>October 31, 2011</u>

Original Offense: <u>Conspiracy to Distribute and Possess with Intent to Distribute a Quantity of Heroin, 21 U.S.C.§ 846</u>

Original Sentence: <u>36 months' custody and 3 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>　　　　　Date Supervision Commenced: <u>August 31, 2012</u>

Assistant U.S. Attorney: <u>Harold B. McDonough</u>　　　　　Defense Attorney: <u>Charles D. Buckholts</u>

---

The Court orders:

☒ No Action Necessary at this Time *as recommended* (AT)
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Considered this _19th_ day of _March_, 2014,
and made a part of the records in the above case.

_____
Aleta A. Trauger
U.S. District Judge

I declare under penalty of perjury that the
foregoing is true and correct.
Respectfully submitted,

_____
Lisa L. House
U.S. Probation Officer

Place　　　Clarksville, TN

Date　　　March 13, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to any controlled substances, except as prescribed by a physician, and shall submit to periodic urinalysis tests as directed by the probation officer to determine the use of any controlled substance.** |

Justin Griffiths tested positive for cocaine on February 28, 2014.

### Compliance with Supervision Conditions and Prior Interventions:

Justin Griffiths began the supervision period on August 31, 2012. He completed the Court-ordered 10 month halfway house placement on July 3, 2013. All urine screens submitted by Mr. Griffiths tested negative or the use of controlled substances prior to February 28, 2014. Mr. Griffiths admitted use of cocaine to the probation officer on February 27, 2014, prior to submitting the positive urine screen.

Mr. Griffiths has been verbally reprimanded for his actions. He will be referred for a substance abuse assessment and any recommended treatment. He has been enrolled in weekly code a phone drug testing.

Mr. Griffiths is employed by Southern Steak and Oyster. He resides with his mother and brother in Nashville, Tennessee.

### U.S. Probation Officer Recommendation:

The U.S. Probation Office is not requesting that any action be taken at this time. Should the defendant commit any additional violations, the Court will be notified in a separate petition with a separate recommendation.

Approved: _____
Vidette Putman
Supervisory U.S. Probation Officer